UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT BILODEAU, | CASE NO. C18-5343-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the report and recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 15). Having thoroughly reviewed the record, including the administrative record, the memoranda of the parties, and the report and recommendation, the Court ORDERS that:

1. The report and recommendation (Dkt. No. 15) is ADOPTED;

2. This matter is REMANDED for further administrative proceedings; and

3. The Clerk is DIRECTED to send copies of this order to all counsel and to Judge Theiler.

    //

    //

    //

    //

DATED this 1st day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE