UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT BILODEAU, | CASE NO. C18-5343-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 18). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $5,644.80, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). (Dkt. Nos. 18, 18-1.) The check or checks shall be made payable to David Oliver & Associates, based on Plaintiff's assignment of this amount to his attorney. (Dkt. No. 18-2.) The check or checks shall be mailed to Plaintiff's attorney's office: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

//

//

1      DATED this 25th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE